United States District Court
For the Eastern District of Michigan
Southern Division

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>v.<br><br>Susan Clinton<br><br>         Defendant. | Criminal No.13-mj-30015<br><br>Judge<br><br>Stipulation and Order to Amend Order Setting Conditions of Release |
| Matthew A. Roth (P-58549)<br>Douglas Salzenstein (P-59288)<br>United States Attorneys Office<br>Attorneys for Plaintiff<br>211 W. Fort St., Ste 2001<br>Detroit, Michigan 48226<br>Telephone: 313-226-9186<br>      313-226-9196 | Ellen Dennis (P-24400)<br>Law Office of Ellen Dennis<br>Attorney for Defendant Susan Clinton<br>101 S. Ann Arbor St., Ste. 203A<br>Saline, Michigan 48176<br>Telephone: 734 944-5819 |

Stipulation and Order to Amend Order Setting Conditions of Release

  Assistant United States Matthew A. Roth, Assistant United States Attorney Douglas Salzenstein, and Ellen Dennis, Attorney for Defendant, Susan Clinton, do hereby stipulate and agree that the court should enter the attached Order to Amend Order Setting Conditions of Release

/s/ Matthew A. Roth_____
MATTHEW A. ROTH (P-58549)
Assistant United States Attorney

/s/ Douglas Salzenstein___      /s/Ellen Dennis_____
DOUGLAS SALZENSTEIN (P-59288)  ELLEN DENNIS (P-24400)
Assistant United States Attorney     Attorney for Defendant Susan Clinton

## Order Amending Order Setting Conditions of Release

The court having reviewed the above noted stipulation and being otherwise fully advised,

**It is Ordered** that Defendant, Susan Clinton, may have supervised visitation/parenting time with her newborn daughter, Phoenix Burgess.

**It is Further Ordered** that all other bond conditions shall remain in full force and effect.

**SO ORDERED.**

**Dated: June 26, 2013**                                        s/ R. Steven Whalen
                                                                United States Magistrate Judge